## F. B. LeBeau *v.* The Citizens' Bank of Louisiana. — Widow G. M. Plique *v.* The Same.—Gaston Bruslé *v.* The Same.

Decision in the preceding case of *The Heirs of Carlile Pollock* v. *The Citizens' Bank*, affirmed.

APPEAL from the Second District Court of New Orleans, *Morgan,* J.

BUCHANAN, J. For the reasons given in the case of *The Heirs of Carlile Pollock* v. *The Citizens' Bank of Louisiana*, it is ordered, adjudged and decreed, that the judgment of the District Court in this case be affirmed, with costs.